# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    LILIA NAVARRO | ) | Case No. 15-08508 |
| | ) | Honorable Janet S. Baer |
|            Debtor. | ) | |

## NOTICE OF MOTION

TO: ALL ECF REGISTRANTS and by FIRST CLASS MAIL TO:
     ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that the undersigned has filed the attached **TRUSTEE'S MOTION TO APPROVE SETTLEMENT, AUTHORIZE ADJUDICATION OF LIENS AND APPLICATION FOR FINAL COMPENSATION TO PERSONAL INJURY COUNSEL**, and said motion shall be heard on **JUNE 16, 2015**, at the hour of **9:30AM** before the Honorable Janet S. Baer, or any judge sitting in her stead, in the Dirksen Federal Building, 219 S Dearborn St, Room 615 Chicago IL.   A copy of the motion is attached hereto.


                                          Deborah K. Ebner,


                                    By:     /s/ Deborah K. Ebner
                                              Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

## CERTIFICATE OF SERVICE

     I, DEBORAH K. EBNER, hereby certify that on May 27, 2015, I caused copies of this Notice and attached Motion to be served upon the parties listed on the attached Service List by mailing same in a postage-prepaid envelopes and by electronically serving all ECF Registrants by means of the ECF Filing System.


                                                 /s/ Deborah K. Ebner
                                                 Deborah K. Ebner

# SERVICE LIST

| | | |
|---|---|---|
| Patrick S Layng<br>Office of the U.S. Trustee,<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | Scott E. Encher, Esq.<br>Steven B. Salk & Associates, Ltd<br>150 North Wacker Drive<br>Suite 2570<br>Chicago, Illinois 60606 | Northshore University<br>HealthSystem Prof. Svcs.<br>c/o Pinnacle Management Svcs.<br>514 Market Loop, Suite 103<br>West Dundee, IL 60118 |
| Geraci Law L.L.C.<br>55 E. Monroe St.<br>Suite #3400<br>Chicago, IL 60603 | Bank of America<br>Attn: Bankruptcy Dept.<br>Po Box 982235<br>El Paso, TX 79998 | Blue Cross Blue Shield<br>Attn: Bankruptcy Department<br>PO Box 3239<br>Naperville, IL 60566 |
| CAP1/Carsn<br>Attn: Bankruptcy Dept.<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Capital One<br>Attn: Bankruptcy Dept.<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Chase Card<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | Chase/BEST BUY<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | CHLD/CBNA<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| CITI<br>Attn: Bankruptcy Dept.<br>Po Box 6241<br>Sioux Falls, SD 57117 | COMENITY BANK/Nwyrk&Co<br>Attn: Bankruptcy Dept.<br>220 W Schrock Rd<br>Westerville, OH 43081 | COMENITY BANK/Roomplce<br>Attn: Bankruptcy Dept.<br>Po Box 182789<br>Columbus, OH 43218 |
| COMENITY BANK/Vctrssec<br>Attn: Bankruptcy Dept.<br>Po Box 182789<br>Columbus, OH 43218 | COMENITY BANK/Carsons<br>Attn: Bankruptcy Dept.<br>3100 Easton Square Pl<br>Columbus, OH 43219 | Evanston Hospital<br>Attn: Bankruptcy Department<br>2650 Ridge Ave.<br>Evanston, IL 60201 |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX 75013 | Kohls/Capone<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Mcydsnb<br>Attn: Bankruptcy Dept.<br>9111 Duke Blvd<br>Mason, OH 45040 |
| Medical Recovery Specialists<br>Bankruptcy Department<br>2250 E. Devon Ave., Ste. 352<br>Des Plaines, IL 60018 | NorthShore Univ Health System<br>Bankruptcy Dept<br>23056 Network Place<br>Chicago, IL 60673 | NorthShore Univ Health System<br>Bankruptcy Dept<br>23056 Network Place<br>Chicago, IL 60673 |
| Pinnacle Management Services<br>Bankruptcy Dept.<br>514 Market Loop, Ste. 103<br>West Dundee, IL 60118 | Quantum3 Group LLC as agent<br>for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb/AMER EAGLE DC<br>Attn: Bankruptcy Dept.<br>Po Box 965005<br>Orlando, FL 32896 |

Syncb/Gapdc
Attn: Bankruptcy Dept.
Po Box 965005
Orlando, FL 32896

Syncb/OLD NAVY
Attn: Bankruptcy Dept.
Po Box 965005
Orlando, FL 32896

Syncb/SAMS CLUB
Attn: Bankruptcy Dept.
Po Box 965005
Orlando, FL 32896

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester, PA 19022

Van Ru Credit Corp.
Bankruptcy Dept.
1350 E. Touhy Ave., Ste. 300E
Des Plaines, IL 60018

Chicago Orthopaedic and Sports Medicine
3000 North Halsted St, Suite 527
Chicago, Illinois 60657

Metro Anesthesia Consultants
2720 South River Road
Suite 218
Des Plaines, Illinois 60018

Midwest Neurosurgery and Spine Specialist
150 North Winfield Rd, Suite D
Winfield, Illinois 60190

Elite Physical Therapy
1921 South Michigan Avenue
Suite A
Chicago, Illinois 60616

Marque Medicos Fullerton, LLC
3735 West Fullerton Avenue
Chicago, Illinois 60647

Archer Open MRI
4365 South Archer Avenue
Chicago, Illinois 60632

Lake County Neuromonitoring
712 South Milwaukee Avenue
Libertyville, Illinois 60045

Industrial Pharmacy Management
P.O. Box 512518
Los Angeles, California 90051

Medicos Pain and Surgical Specialists
4176 West Montrose Avenue
Chicago, Illinois 60641

American Center for Spine and Neurosurgery
712 South Milwaukee Avenue
Libertyville, Illinois 60045

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|     LILIA NAVARRO | ) | Case No. 15-08508 |
| | ) | Honorable Janet S. Baer |
|                     Debtor. | ) | |

**TRUSTEE'S MOTION TO APPROVE SETTLEMENT,
AUTHORIZE ADJUDICATION OF LIENS AND APPLICATION
FOR FINAL COMPENSATION TO PERSONAL INJURY COUNSEL**

Deborah K. Ebner, Trustee for the Estate of Lilia Navarro, by and through her attorney, the Law Office of Deborah Kanner Ebner, presents her Motion to Approve Settlement, Authorize Adjudication of Liens and Application for Final Compensation to Personal Injury Counsel. In support of her Motion, the Trustee respectfully states as follows:

1. Lilia Navarro (hereinafter referred to as the "Debtor") filed her voluntary chapter 7 bankruptcy petition on March 10, 2015.

2. Deborah K. Ebner is the duly appointed and acting Trustee of the Debtor's chapter 7 case.

3. Property of the Debtor's Estate includes the Debtor's claim against Kimco Facilities Service Corporation, and certain others for injuries stemming from a fall that occurred on June 16, 2010, at Debtor's place of employment. That claim is pending as <u>Navarro v. Kimco Facilities Service Corporation, et al</u>, Case Number 12L7027, in the Circuit Court of Cook Count, Illinois (the "Lawsuit").

4. Pursuant to orders of this Court, the Trustee was authorized to employ the Debtor's personal injury counsel Scott Encher and the Law Offices of Steven B. Salk & Associates, Ltd., as special counsel to pursue the Lawsuit (the "Special Counsel"). The terms of Special Counsel's retention by the Estate were similar to its retention by the Debtor, namely fees

4

due equal to $33^{1/3}$% of the gross recovery by settlement or judgment. A copy of the Attorney-Client Fee Agreement between Special Counsel and the Debtor is attached hereto and incorporated herein as **Exhibit A.** A copy of this Court's order authorizing the retention of Special Counsel is attached hereto and incorporated herein as **Exhibit B**.

5. Through the mediation efforts of Circuit Court Judge Clare E. McWilliams, Special Counsel and Defense Counsel have reached an agreement of full settlement of all claims by and between the Plaintiff and Defendant for $125,000.00. For the reasons stated with particularity in **Group Exhibit C**, attached and incorporated hereto, Special Counsel recommends the settlement to the Trustee and to this Court. **The settlement specifically includes adjudication of the medical liens through the State Court process and the payment of those adjudicated reduced amounts from the settlement funds[1].**

6. Even though the Bar Date for filing general unsecured claims against this Estate does not expire until July 27, 2015, and September 8, 2015, for government entities, Trustee recommends acceptance of the proposed settlement offer. General unsecured claims listed by the Debtor aggregate $40,230.00. The settlement provides funds in the amount of $37,081.06[2] for the Bankruptcy Estate. But for the structure of the settlement in this particular manner, there would be no funds available for distribution.

7. In addition to the foregoing relief, Special Counsel seeks payment of its fees and costs advanced pursuant to the Attorney-Client Fee Agreement and its employment with the Estate. Special Counsel seeks an award of attorneys' fees in the amount of $41,666.67 and reimbursement of costs advanced in the amount of $1,303.83, an itemization of which attached

---

[1] The medical lien amounts to be allowed and paid are itemized in Group Exhibit C.

[2] Less a $15,000.00 exemption.

hereto **Exhibit D**.

## Relief Requested

8. Trustee asks the Court to enter the Order approving the Settlement.

9. The Court has broad discretion under Fed. R. Bankr. P. 9019(a) to approve the described settlement, provided that it is in the best interests of the Debtor's estates. *See In re American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987). The Court need not, however, "conclusively determine claims subject to compromise, nor find that the settlement constitutes the best result obtainable." *In re Apex Oil Co.,* 92 B.R. 847, 867 (Bankr. E.D. Mo. 1988) (citing *In re W.T. Grant Co.*, 699 F.2d 599, 613 (2d Cir. 1983)). Similarly, "a precise determination of likely outcomes is not required, since 'an exact judicial determination of the values in issue would defeat the purpose of compromising the claim.'" *In re Telesphere Communications*, 179 B.R. 544, 553 (Bankr. N.D. Ill. 1994) (quoting *In re Energy Co-Op, Inc.*, 886 F. 2d 921, 929 (7th Cir. 1989)). All that is required is for the Court to "canvass the issues to determine that the settlement does not fall 'below the lowest point in the range of reasonableness.'" *Apex Oil,* 92 B.R. at 867 (citation omitted).

10. In assessing a proposed compromise, the Court must consider: (i) the estate's probability of success in the litigation; (ii) the cost and complexity of the litigation; and (iii) the creditors' view on the settlement, although such views are not controlling. *American Reserve,* 841 F.2d at 161-62; *Apex Oil*, 92 B.R. at 867.

## Notice

11. This Motion has been filed electronically, and notice thereof will be provided electronically on the date hereof, via the court's CM/ECF system, to (a) counsel for the Debtor, (b) counsel for the United States Trustee, and (c) entities, or their counsel, who have filed a

notice of appearance through the Court's CM/ECF system. Additionally, this Motion has been served via U.S. Mail on all creditors scheduled by the Debtor, and all medical lien claimants. Trustee asks the Court to find that such notice is sufficient and to approve the same under Fed. R. Bankr. P. 9007.

**WHEREFORE,** Deborah K. Ebner, Trustee for the Estate of Lilia Navarro, respectfully requests that the Court enter an order attached hereto granting this motion (i) granting this Motion; (ii) approving as a settlement in the amount of $125,000.00; (iii) awarding and authorizing payment of the following costs and fees by Trustee upon receipt of the settlement proceeds:

    Fees: $44,666.67

    Expenses: $1,303.83

(iv) authorizing the adjudication of liens in State Court, (v) finding that notice of the Trustee's motion is sufficient as given; and (vi) granting the Trustee such other and further relief as this Court may deem just and proper.

    Respectfully submitted,
    Deborah K. Ebner, not individually, but as
    Trustee for the Estate of Lilia Navarro,

    By:    /s/Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838