UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-08508 |
| LILIA NAVARRO, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AMENDED ORDER APPROVING SETTLEMENT, AUTHORIZING ADJUDICATION OF LIENS AND FINAL COMPENSATION TO PERSONAL INJURY COUNSEL**

This matter coming to be heard on the Motion of Deborah K. Ebner, Trustee in bankruptcy, to Amend Order Approving Settlement, Authorizing Adjudication of Liens, and Application for Final Compensation to Personal Injury Counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted;

2. Settlement in the amount of $125,000.00 is approved;

3. Scott Encher and the Law Offices of Steven B. Salk & Associates, Ltd., are awarded and authorized final payment of the following costs and fees:

Fees:  $41,666.67
Expenses: $1,303.83

4. Authorizing the adjudication of liens in State Court and the issuance of the following payments thereof from the gross settlement:

Marque Medicos Fullerton:   $15,000.00

Medicos Pain & Surgical Specialists:  $11,000.00

Archer Open MRI:   $1,132.43

Chicago Orthopaedic and Sports Medicine:  $1,095.00

Metro Anesthesia Consultants:   $1,700.00

Midwest Neurosurgery and Spine Specialist: $416.62

Elite Physical Therapy:   $10,348.00

American Center for Spine and Neurosurgery: $658.08

Lake County Neuromonitoring:   $2,394.98

Industrial Pharmacy Management:   $1,203.33

Enter:

Dated:                                                                    United States Bankruptcy Judge

**Prepared by:**

Law Office of Deborah Kanner Ebner
11 E Adams Street
Suite 904
Chicago, IL 60603

Steven B. Salk & Associates, Ltd.
150 North Wacker Drive
Suite 2570
Chicago, Illinois 60606
(312) 782-3529