**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: NAVARRO, LILIA            Case No. 15-08508
                                                  Chapter 7
Debtor

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 10, 2015. The undersigned trustee was appointed on March 10, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 125,000.00

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 44,948.44 |
| Administrative expenses | 42,970.50 |
| Bank service fees | 106.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 21,974.47 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/27/2015 and the deadline for filing governmental claims was 09/08/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,750.00, for a total compensation of $8,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $283.03, for total expenses of $283.03.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2015        By: /s/DEBORAH K. EBNER, Trustee
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-08508  
**Case Name:** NAVARRO, LILIA  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 03/10/15 (f)  
**§341(a) Meeting Date:** 04/16/15  

**Period Ending:** 10/26/15  
**Claims Bar Date:** 07/27/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account with Chase | 111.00 | 0.00 | | 0.00 | FA |
| 2 | Best Buy - Computer | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods; TV, DVD player, couch, utensils | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry, wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Workers compensation case pending with Salk & As | 14,000.00 | 14,000.00 | | 125,000.00 | FA |
| 8 | Anticipated 2014 tax refund and tax credits. Joi | 4,372.00 | 2,022.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$20,583.00** | **$16,022.00** | | **$125,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Monitoring state court action.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016        **Current Projected Date Of Final Report (TFR):** December 31, 2016

Printed: 10/26/2015 01:00 PM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-08508 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NAVARRO, LILIA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***7236 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/26/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/22/15 | | Steven Salk & Assoicates, Ltd | Gross settlement of $125,000.00 less attorney fees and expenses, medical liens adjudicated in State Court for which payment authorized by BK Court. | | | 37,081.06 | | 37,081.06 |
| | {7} | Steven Salk & Assocites | Gross Settlement | 125,000.00 | 1129-000 | | | 37,081.06 |
| | | Steven B Salk | Special Counsel for Trustee Fees | -41,666.67 | 3210-000 | | | 37,081.06 |
| | | Steven B Salk | Special Counsel Expenses | -1,303.83 | 3220-000 | | | 37,081.06 |
| | | Marque Medicus Fullerton | Medical Lien payment of which authorized by Ct. Order | -15,000.00 | 4220-000 | | | 37,081.06 |
| | | Medicos Pain & Surgical Specialists | Medical Lien payment of which authorized by Ct. Order | -9,000.00 | 4220-000 | | | 37,081.06 |
| | | Archer Open MRA | Medical Lien payment of which authorized by Ct. Order | -1,132.43 | 4220-000 | | | 37,081.06 |
| | | Chicago Orthopedic & Sports Medicine | Medical Lien payment of which authorized by Ct. Order | -1,095.00 | 4220-000 | | | 37,081.06 |
| | | Metro Anesthesis Consultant | Medical Lien payment of which authorized by Ct. Order | -1,700.00 | 4220-000 | | | 37,081.06 |
| | | Midwest Neurusurgery | Medical Lien payment of which authorized by Ct. Order | -416.62 | 4220-000 | | | 37,081.06 |
| | | Elite Physical Therapy | Medical Lien payment of which authorized by Ct. Order | -10,348.00 | 4220-000 | | | 37,081.06 |
| | | American Center for Spine | Medical Lien payment of which authorized by Ct. Order | -658.08 | 4220-000 | | | 37,081.06 |
| | | Lake Conty Nuero Monitoring | Medical Lien payment of which authorized by Ct. Order | -2,394.98 | 4220-000 | | | 37,081.06 |
| | | Industrial Pharmacy Management | Medical Lien payment of which authorized by Ct. Order | -1,203.33 | 4220-000 | | | 37,081.06 |

Subtotals : $37,081.06 $0.00

{} Asset reference(s) Printed: 10/26/2015 01:00 PM V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-08508 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NAVARRO, LILIA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***7236 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/26/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Medicos Pain and Surgical Specialists | Medical Lien payment   -2,000.00 authorized pursuant to ct. order | 4220-000 | | | 37,081.06 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.11 | 37,025.95 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.48 | 36,974.47 |
| 09/02/15 | 101 | Lilia Navarro | Ref # EXEMPTION OF DEBTOR | 8100-002 | | 15,000.00 | 21,974.47 |
| | | | **ACCOUNT TOTALS** | | 37,081.06 | 15,106.59 | **$21,974.47** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 37,081.06 | 15,106.59 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,081.06** | **$106.59** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1666** | 37,081.06 | 106.59 | 21,974.47 |
| | **$37,081.06** | **$106.59** | **$21,974.47** |

{} Asset reference(s)  Printed: 10/26/2015 01:00 PM   V.13.23

Printed: 10/26/15 01:04 PM

# Claims Distribution Register

Page: 1

## Case:  15-08508   NAVARRO, LILIA

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| EXEMPTIO | 03/10/15 | 100 | Lilia Navarro<br>2606 W FITCH AVE<br>Apartment 3G<br>Chicago, IL 60645<br><8100-00   Exemptions> | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 100 | Chase/BEST BUY<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   100% Paid** | **$15,000.00** | **$15,000.00** | **$15,000.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$15,000.00** | **$15,000.00** | **$15,000.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 03/10/15 | 200 | Deborah K. Ebner, Trustee<br>11 East Adams Street<br>Suite 904<br>Chicago, IL 60603<br><2100-00   Trustee Compensation> | 8,750.00 | 8,750.00 | 0.00 | 8,750.00 | 8,750.00 |
| | 03/10/15 | 200 | Deborah K. Ebner, Trustee<br>11 East Adams Street<br>Suite 904<br>Chicago, IL 60603<br><2200-00   Trustee Expenses> | 283.03 | 283.03 | 0.00 | 283.03 | 283.03 |
| | 03/10/15 | 200 | Deborah K. Ebner<br>11 East Adams Street<br>Suite 904<br>Chicago, IL 60603<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 3,518.00 | 3,518.00 | 0.00 | 3,518.00 | 3,518.00 |
| | | | **Total for Priority 200:   100% Paid** | **$12,551.03** | **$12,551.03** | **$0.00** | **$12,551.03** | **$12,551.03** |
| | | | **Total for Admin Ch. 7 Claims:** | **$12,551.03** | **$12,551.03** | **$0.00** | **$12,551.03** | **$12,551.03** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/29/15 | 810 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 1,310.56 | 1,310.56 | 0.00 | 1,310.56 | 524.68 |
| 2 | 05/04/15 | 810 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 280.48 | 280.48 | 0.00 | 280.48 | 112.30 |

Printed: 10/26/15 01:04 PM  **Claims Distribution Register**  Page: 2

**Case: 15-08508   NAVARRO, LILIA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 05/04/15 | 810 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 523.36 | 523.36 | 0.00 | 523.36 | 209.52 |
| 4 | 05/04/15 | 810 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 319.96 | 319.96 | 0.00 | 319.96 | 128.09 |
| 5 | 05/22/15 | 810 | Capital One, N.A.<br>c /o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 2,753.97 | 2,753.97 | 0.00 | 2,753.97 | 1,102.52 |
| 6 | 05/28/15 | 810 | Cavalry SPVI LLC assignee Capital One, NA<br>Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 519.59 | 519.59 | 0.00 | 519.59 | 208.01 |
| 7 | 07/17/15 | 810 | PYOD LLC its successors & assigns as assignee of Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 3,048.38 | 3,048.38 | 0.00 | 3,048.38 | 1,220.39 |
| 8 | 07/17/15 | 810 | PYOD LLC its successors & assigns as assignee of Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 1,987.15 | 1,987.15 | 0.00 | 1,987.15 | 795.53 |
| 9 | 07/19/15 | 810 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 992.94 | 992.94 | 0.00 | 992.94 | 397.51 |
| 10 | 07/19/15 | 810 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,887.83 | 2,887.83 | 0.00 | 2,887.83 | 1,156.11 |
| 11 | 07/19/15 | 810 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 5,100.76 | 5,100.76 | 0.00 | 5,100.76 | 2,042.03 |

Printed: 10/26/15 01:04 PM  **Claims Distribution Register**  Page: 3

**Case: 15-08508   NAVARRO, LILIA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 12 | 07/19/15 | 810 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,965.61 | 2,965.61 | 0.00 | 2,965.61 | 1,187.25 |
| 13 | 07/19/15 | 810 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 848.04 | 848.04 | 0.00 | 848.04 | 339.50 |
| NOTFILED | 03/10/15 | 810 | BK OF AMER<br>Attn: Bankruptcy Dept.<br>Po Box 982235<br>El Paso, TX 79998<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | Blue Cross Blue Shield<br>Attn: Bankruptcy Department<br>PO Box 3239<br>Naperville, IL 60566<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | CAP1/Carsn<br>Attn: Bankruptcy Dept.<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | Chase CARD<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | CHLD/CBNA<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | Evanston Hospital<br>Attn: Bankruptcy Department<br>2650 Ridge Ave.<br>Evanston, IL 60201<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | Mcydsnb<br>Attn: Bankruptcy Dept.<br>9111 Duke Blvd<br>Mason, OH 45040<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 10/26/15 01:04 PM  **Claims Distribution Register**  Page: 4

**Case: 15-08508  NAVARRO, LILIA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 03/10/15 | 810 | Medical Recovery Specialists<br>Bankruptcy Department<br>2250 E. Devon Ave., Ste. 352<br>Des Plaines, IL 60018<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | NorthShore Univ Health System<br>Bankruptcy Dept<br>Bankruptcy Dept.<br>514 Market Loop, Ste. 103<br>West Dundee, IL 60118<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | NorthShore Univ Health System<br>Bankruptcy Dept<br>Bankruptcy Dept.<br>514 Market Loop, Ste. 103<br>West Dundee, IL 60118<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 03/10/15 | 810 | Northshore University HealthSystem<br>Prof C/o Pinnacle Mana<br>514 Market Loop<br>West Dundee, IL 60118<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   40.03394% Paid** | **$23,538.63** | **$23,538.63** | **$0.00** | **$23,538.63** | **$9,423.44** |
| | | | **Total for Unsecured Claims:** | **$23,538.63** | **$23,538.63** | **$0.00** | **$23,538.63** | **$9,423.44** |
| | | | **Total for Case :** | **$51,089.66** | **$51,089.66** | **$15,000.00** | **$36,089.66** | **$21,974.47** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-08508
Case Name: NAVARRO, LILIA
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 21,974.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,974.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner, Trustee | 8,750.00 | 0.00 | 8,750.00 |
| Trustee, Expenses - Deborah K. Ebner, Trustee | 283.03 | 0.00 | 283.03 |
| Attorney for Trustee, Fees - Deborah K. Ebner | 3,518.00 | 0.00 | 3,518.00 |

Total to be paid for chapter 7 administration expenses: $ 12,551.03
Remaining balance: $ 9,423.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,423.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 9,423.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,538.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | 1,310.56 | 0.00 | 524.68 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 280.48 | 0.00 | 112.30 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 523.36 | 0.00 | 209.52 |
| 4 | Quantum3 Group LLC as agent for Comenity Bank | 319.96 | 0.00 | 128.09 |
| 5 | Capital One, N.A. | 2,753.97 | 0.00 | 1,102.52 |
| 6 | Cavalry SPVI LLC assignee Capital One, NA | 519.59 | 0.00 | 208.01 |
| 7 | PYOD LLC its successors & assigns as assignee of Citibank NA | 3,048.38 | 0.00 | 1,220.39 |
| 8 | PYOD LLC its successors & assigns as assignee of Citibank NA | 1,987.15 | 0.00 | 795.53 |
| 9 | Synchrony Bank | 992.94 | 0.00 | 397.51 |
| 10 | Synchrony Bank | 2,887.83 | 0.00 | 1,156.11 |
| 11 | Synchrony Bank | 5,100.76 | 0.00 | 2,042.03 |
| 12 | Synchrony Bank | 2,965.61 | 0.00 | 1,187.25 |
| 13 | Synchrony Bank | 848.04 | 0.00 | 339.50 |

| | Total to be paid for timely general unsecured claims: | $ | 9,423.44 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**